1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RAMON MURILLO, | ) | No. ED CV 08-00809-GAF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT HERNANDEZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: 6/24/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE